Casey Kovacic, OSB #083860
The Law Office of Casey Kovacic, LLC
249 NE Lincoln St.
Hillsboro, Oregon 97124
(503) 693-8725
casey@kovaciclaw.com
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No. 3:25-cr-00420-MO** |
| **Plaintiff,** | **DEFENDANT'S SENTENCING MEMORANDUM** |
| **v.** | |
| **MICHAEL JOHN PETERS,** | |
| **Defendant.** | |

Defendant will appear before the Court on November 10, 2026 for sentencing. Mr. Peters has pled guilty to one count of Possession of Stolen Mail, in violation of 18 U.S.C. § 1708, one count of Possession of Counterfeit Postal Service Arrow Keys, in violation of 18 U.S.C. § 1704, one count of Bank Fraud, in violation of 18 U.S.C. § 1344, and one count of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A. For the reasons set forth in the Confidential Supplement to the Presentence Report, and for reasons that will be presented at the sentencing hearing, Mr. Peters respectfully asks the Court to impose a total sentence of 48 months.

Respectfully submitted this 4th day of November, 2026.

/s/ *Casey Kovacic*
Casey Kovacic
Attorney for Defendant